IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Nation Wide Products LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:10-cv-880 |
| MJC America Ltd. (d/b/a Soleus Air International), | § | |
| MJC America Holdings Co., Inc., and | § | |
| Wal-Mart Stores, Inc. | § | |
| | § | |
| Defendants. | | |

## DECLARATION OF JASON DARBY

I, Jason Darby, declare as follows:

1. My name is Jason Darby. I am over eighteen years of age and am competent to make this declaration. I am able to state the following facts based upon personal knowledge.

2. I am the Vice President of Nation Wide Products LLC ("Nation Wide").

3. In September 2009, Stewart Burton and Outland Engineering, Inc. assigned the rights in the '816 Patent and in the Universal Support product in general to Nation Wide.

4. I purchased a SoleusAir Large Universal Window AC Support ("MJC Bracket") at a Menards home improvement center on August 6, 2010. Attached at Exhibit A to this declaration is a picture of the MJC Bracket that I purchased along with the receipt.

5. Sales of Nation Wide's Universal Support constitute approximately 25% of Nation Wide's gross revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16 day of November, 2010,

_____
Jason Darby

# Exhibit A

To Darby Declaration in Support of Motion for Preliminary Injunction Against MJC




## Large Universal Window AC Support

**COMPLETE KIT**

**Safe & Easy to Install**
- Installs completely from inside
- All necessary hardware included
- Allows safe, slide in, slide out, A/C maintenance

**Secure and Long Lasting**
- Relieves stress on window
- Rugged, all-weather construction
- No drilling of outside wall or siding

Model **SG-WACLB**

Supports up to 160 lbs.
(10,000 to 24,000 BTU)
Fits walls 4" to 11" thick

**One Year Warranty**
For Technical Support and Warranty Service, call 1-888-8-SOLEUS, or go to www.soleusair.com

Soleus International, Inc
20035 E. Walnut Dr. North
City of Industry, CA 91789





Use Your BIG CARD 2% REBATE
**MENARDS**

MENARDS - EC WEST
3210 North Clairemont
Eau Claire, WI 54703

KEEP YOUR RECEIPT
RETURN POLICY VARIES BY PRODUCT TYPE

Unless noted below allowable returns for items on this receipt will be in the form of an in store credit voucher if the return is done after 11/04/10

Sale Transaction

WNDW AC LRG MOUNT BR
6232909                           39.99

TOTAL                             39.99
TAX AT 5.5%                        2.20
TOTAL SALE                        42.19
VISA 4157                         42.19
04527A

TOTAL NUMBER OF ITEMS = 1

GUEST COPY

The Cardholder acknowledges receipt of goods/services in the total amount shown hereon and agrees to pay the card issuer according to its current terms.

THIS IS YOUR CREDIT CARD SALES SLIP
PLEASE RETAIN FOR YOUR RECORDS.

THANK YOU, YOUR CASHIER, REBA

96507 08  3879 08/06/10 11:31AM 3011

App. 000007