IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Nation Wide Products LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. _____ |
| MJC America Ltd. (d/b/a Soleus Air International), MJC America Holdings Co., Inc., and Wal-Mart Stores, Inc. | | |
| Defendants. | | |

## **ORDER**

Before the Court is Nation Wide Products LLC's Motion for Preliminary Injunction Against Defendants MJC America Ltd. (d/b/a Soleus Air International) and MJC America Holdings Co., Inc. (collectively "MJC"). Having fully considered this motion and related briefing, the Court is of the opinion that the motion should be **GRANTED**.

**IT IS ORDERED** that, effective immediately, MJC, including any MJC agent, parent, subsidiary, or affiliated entity, and any parties in active concert or participation with MJC, including but not limited to the manufacturer, distributors, wholesalers, and retailers of the SoleusAir Large Universal Window AC Support, Model SG-WACLB, are hereby preliminarily enjoined from marketing, displaying, advertising, distributing, copying, making, using, offering to sell, or selling the SoleusAir Large Universal Window AC Support, Model SG-WACLB, or its equivalent, within the United States or importing the SoleusAir Large Universal Window AC Support, Model SG-WACLB, or its equivalent, into the United States, or otherwise infringing (1) U.S. Patent No. 5,636,816, (2) Nation Wide Products LLC's federally-registered copyright

in the advertising insert incorporated into the product packaging of its Universal Air Conditioner Support (Model AC-160), or (3) Nation Wide Products LLC's trade dress in the product packaging of the Universal Air Conditioner Support (Model AC-160).  Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff Nation Wide will post a bond in the amount of $5,000 as reasonable security.

    **SO ORDERED** this ___ day of _____, 2010.


_____
UNITED STATES DISTRICT JUDGE